IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| ROGER N. ONDOUA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>MONTANA STATE UNIVERSITY, et al.,<br><br>　　　　Defendants. | CV-18-5-GF-BMM-JTJ<br><br>**ORDER** |

Upon Motion of the Plaintiff to appear at the Preliminary Pretrial Conference by telephone, Doc. 16 and with good cause, **IT IS HEREBY ORDERED** that **ALL PARTIES** will appear telephonically at the Preliminary Pretrial Conference set for September 26, 2018 at 3:00 p.m. The Court will contact the parties with the call-in number.

DATED this 30th day of August, 2018.

_John Johnston_
United States Magistrate Judge