# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| ROGER N.M. ONDOUA,<br><br>Plaintiff,<br><br>vs.<br><br>MONTANA STATE UNIVERSITY, et al.,<br><br>Defendants. | CV 18-05-GF-BMM-JTJ<br><br>**ORDER** |

The Court conducted a hearing on Defendants' motion to exclude the expert testimony of Dwaine Iverson on February 13, 2019. For the reasons stated in open court,

IT IS ORDERED:

1. Defendants' Motion in Limine to Exclude Expert Testimony (Doc. 31) is DENIED.

2. Plaintiff shall serve Defendants with a copy of Mr. Iverson's expert report on or before February 27, 2019. The expert report must comply with Fed. R. Civ. P. 26(a)(2)(B).

3. If Defendants elect to retain a rebuttal expert, Defendants shall

identify the rebuttal expert and serve Plaintiff with a copy of the rebuttal expert's report on or before March 27, 2019.

DATED this 26th day of February, 2019.

John Johnston
United States Magistrate Judge