UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| ROGER N.M. ONDOUA, | Case No. CV-18-05-GF-BMM-JTJ |
| Plaintiff, | |
| v. | **ORDER** |
| MONTANA STATE UNIVERSITY, et al., | |
| Defendants. | |

Upon Plaintiff's Unopposed Motion to Vacate Scheduling Order, (Doc 94), and with good cause shown, **IT IS HEREBY ORDERED** that the motion is **GRANTED**. The Scheduling Order, (Doc. 67) dated April 3, 2019, is **VACATED**. A telephonic scheduling conference is set for **Wednesday, August 7, 2019 at 11:00 a.m.** The Court will contact the parties with the call-in number.

DATED this 5th day of August, 2019.

John Johnston
United States Magistrate Judge