UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| ROGER N.M. ONDOUA,<br><br>Plaintiff,<br><br>v.<br><br>MONTANA STATE UNIVERSITY, et al.,<br><br>Defendants. | Case No. CV 18-00005-GF-BMM-JTJ<br><br>**ORDER** |

Defendants have filed a motion for *in camera* (Doc. 158) of several notebook pages that Defendants have lodged with this Court. (Doc. 159.) Plaintiff does not object to the Court considering these documents *in camera*, but have indicated they do not intend their non-opposition to be prejudicial to the arguments they have made on the pending discovery motions. Good cause appearing,

IT IS THEREFORE ORDERED that Defendants' motion for *in camera* review (Doc. 158) is GRANTED. The Court shall accept for filing the materials attached to Defendants' notice of lodging (Doc. 159). Their disposition shall be addressed in the Court's orders on the pending discovery motions.

DATED this 18th day of May, 2020.

_____
John Johnston
United States Magistrate Judge