IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| ROGER N.M. ONDOUA,<br><br>　　　Plaintiff,<br><br>　v.<br><br>MONTANA STATE UNIVERSITY, et al.,<br><br>　　　Defendants. | Case No. CV-18-05-GF-BMM-JTJ<br><br><br>**ORDER** |

　　Plaintiff has moved to extend the time for filing supplemental briefs in opposition to Defendants' motions for summary judgment until Sunday, July 19, 2020. IT IS HEREBY ORDERED that Plaintiff's motion is GRANTED.

　　DATED this 16th day of July, 2020.

_____
John Johnston
United States Magistrate Judge