UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| ROGER N.M. ONDOUA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MONTANA STATE UNIVERSITY,<br>et al.,<br><br>　　　　Defendants. | Case No. CV 18-00005-GF-BMM-JTJ<br><br>**ORDER** |

Defendants have moved this Court for leave to file a response to Plaintiff's supplemental brief (Doc. 178). Plaintiff does not oppose the motion. Good cause appearing,

IT IS HEREBY ORDERED that Defendants' unopposed motion for leave to respond to Plaintiff's Supplemental Brief is GRANTED. Defendants may file a single reply brief, not to exceed 4,250 words, on or before July 31, 2020.

DATED this 22nd day of July, 2020.

John Johnston
United States Magistrate Judge

1