IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| ROGER N.M. ONDOUA,<br><br>      Plaintiff,<br><br>  v.<br><br>MONTANA STATE UNIVERSITY, et al.,<br><br>      Defendants. | Case No. CV-18-05-GF-BMM-JTJ<br><br>**ORDER GRANTING MOTIONS TO FILE DOCUMENTS UNDER SEAL** |

    Plaintiff has moved to file under seal Plaintiff's supplemental brief in opposition to Defendants' motions for summary judgment (Doc. 177), supplemental statement of disputed facts (Doc. 180) and supplemental statement of disputed facts exhibits (Doc. 181). IT IS HEREBY ORDERED that the motion is GRANTED.

    DATED this 22nd day of July, 2020.

_____
John Johnston
United States Magistrate Judge