UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| ROGER N.M. ONDOUA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MONTANA STATE UNIVERSITY,<br>et al.,<br><br>　　　　Defendants. | Case No. CV 18-00005-GF-BMM-JTJ<br><br><br>**ORDER** |

Defendants have moved the Court for leave to file portions of Defendants'

Reply to Plaintiff's Supplemental Brief in Opposition to Defendants' Motions for

Summary Judgment [Reply Brief] under seal. The basis is that the interests of

individual privacy of those portions of the Reply Brief overcome the presumption

of public access. Plaintiffs do not object. The Court concludes the motion should

be granted.

THEREFORE, IT IS ORDERED that Defendants' motion for leave to file

under seal is GRANTED. The Clerk of Court shall file Defendants' Reply Brief, in

un-redacted form, under seal.

1

DATED this 3rd day of August, 2020.

John Johnston
United States Magistrate Judge