IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| ROGER N.M. ONDOUA,<br><br>　　　Plaintiff,<br><br>　v.<br><br>MONTANA STATE UNIVERSITY, et al.,<br><br>　　　Defendants. | Case No. CV-18-05-GF-BMM-JTJ<br><br>**ORDER OF DISMISSAL** |

　　Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(2), it is ordered that this action be, and hereby is, dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs. The Clerk is directed to close the file.

　　DATED this 1st day of March, 2021.

_____
Brian Morris, Chief District Judge
United States District Court